United States Court of Appeals
Fifth Circuit

**F I L E D**

**August 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 02-61029
Summary Calendar

DILBAG SINGH,

Petitioner,

versus

JOHN ASHCROFT, U.S. ATTORNEY GENERAL,

Respondent.

--------------------
Petition for Review of Orders of the
Board of Immigration Appeals
(BIA No. A73 409 491)
--------------------

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM:[*]

Petitioner Dilbag Singh petitions for review of the decision
of the Board of Immigration Appeals (BIA) summarily affirming the
immigration judge's decision to deny Singh's application for asylum
and withholding of deportation.  We have reviewed the record and
the briefs, and we conclude that the immigration judge's conclusion
that Singh did not provide credible testimony and that Singh did
not establish either past persecution or a well-founded fear of
future persecution is supported by substantial evidence.  <u>See</u>

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Carbajal-Gonzalez v. INS, 78 F.3d 194, 197 (5th Cir. 1996).  The

petition for review is

DENIED.